## LINNASTHRUTH v. GRAVES.

1. **Practice in Supreme Court:** APPEAL IN EQUITY: DEFECTIVE ABSTRACT. Judgment affirmed.

*Appeal from Humboldt District Court.*

FRIDAY, OCTOBER 24.

ACTION in equity to quiet title to certain land in Humboldt county. There was a decree for the plaintiff, and the defendant appeals.

*A. S. Hammond*, for appellant.

*W. W. Quivey*, for appellee.

ADAMS, J.—This is an action in equity, and comes here for trial on its merits, and must be tried *de novo*, if at all. But the abstract does not purport to be an abstract of all the evidence, and we cannot assume that it is. Under this state of things, we must presume that the decree is right.

AFFIRMED.